IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SHAUN RANDOLF BIERAU**                                                                                      **PLAINTIFF**

V.                                       CASE NO. 5:25-CV-5055

**CORRECTIONAL OFFICER Z. WHITEHEAD,**
Benton County Detention Center (BCDC);
**CORRECTIONAL OFFICER BAILEY BEST, BCDC;**
**CORRECTIONAL OFFICER C. OGDEN, BCDC;**
**LIEUTENANT TAYLOR ROSS, BCDC;**
**CORRECTIONAL OFFICER MR. RUSSO, BCDC;**
**CORRECTIONAL OFFICER MR. CARTER, BCDC;**
and **JAIL ADMINISTRATOR MEGAN RUTLEDGE, BCDC**            **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and neither party has filed objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**. Upon preservice screening, **IT IS ORDERED** that the retaliation and access to courts claims are **DISMISSED**, and the Clerk is directed to TERMINATE Defendants Best, Ogden, Ross, Russo, Carter, and Rutledge as parties to this action.

Remaining for consideration is Plaintiff's excessive force claim against Defendant Whitehead By separate Order the excessive force claim will be served on Defendant Whitehead.

**IT IS SO ORDERED** on this 10th day of April, 2025.

                                                                                        */s/ Timothy L. Brooks*
                                                                                        TIMOTHY L. BROOKS
                                                                                        UNITED STATES DISTRICT JUDGE