## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**SHAUN RANDOLF BIERAU**                                                     **PLAINTIFF**

**V.**                                  **CASE NO. 5:25-CV-5055**

**CORRECTIONAL OFFICER Z. WHITEHEAD,**
**Benton County Detention Center**                                          **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 26) filed in this case on February 24, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 17th day of March, 2026.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE